UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-61582-CIV-SINGHAL

HEATHER LEE MINOR, individually
and on behalf of all other similarly
situated,

    Plaintiff,

v.

INSURANCE LINE ONE LLC,

    Defendant.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** came before the Court on the Notice of Voluntary Dismissal filed by Plaintiff (DE [12]).  The Court having reviewed the Notice of Voluntary Dismissal and the docket, it is hereby

**ORDERED AND ADJUDGED** that this matter is **DISMISSED WITH PREJUDICE** as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.  The Clerk is directed to **CLOSE** this case and any pending motions are **DENIED as moot**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 18th day of October 2022.

                                                       _____
                                                       RAAG SINGHAL
                                                       UNITED STATES DISTRICT JUDGE

Copies to counsel of record via CM/ECF